UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY-ADILE MARTINEZ,<br><br>                              Petitioner,<br><br>              -against-<br><br>DONALD TRUMP, *et al.*,<br><br>                              Respondents. | 20-CV-9651 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 26, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   February 26, 2021
           New York, New York

                                                    COLLEEN McMAHON
                                             Chief United States District Judge